```
                UNITED STATES BANKRUPTCY COURT
                 NORTHERN DISTRICT OF FLORIDA
                     PANAMA CITY DIVISION
```

IN RE:                                    CASE NO. 07-50109-PCY5
                                          CHAPTER 13
JAMES EDWARD STORM

_____Debtor(s)_____/

## CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
## OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1.  The Trustee has issued check(s) FOR: CHEVRON CREDIT BANK, N.A. which remains outstanding and uncleared.

2.  The Trustee has placed a Stop Payment Order with the bank on the check(s).

3.  The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE**, the Chapter 13 Trustee respectfully submits her check number 403429 in the amount of 18.10 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

```
                    /s/Leigh D. Hart or
                    /s/William J. Miller, Jr.
                    _____
                        OFFICE OF THE CHAPTER 13 TRUSTEE
                        POST OFFICE BOX 646
                        TALLAHASSEE, FL 32302
                        ldhecf@earthlink.net
                        (850) 681-2734 "Telephone"
                        (850) 681-3920 "Facsimile"
```

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

| | |
|---|---|
| JAMES EDWARD STORM<br>2290 ROCKFORD DRIVE<br>SUNNY HILLS, FL 32428 | CHEVRON CREDIT BANK, N.A<br>2001 DIAMOND BLVD.<br>P.O. BOX 5010, SECT. 230<br>CONCORD, CA 94524-0010 |

AND

LEWIS & JURNOVOY, P.A.
1100 NORTH PALAFOX STREET
PENSACOLA, FL 32501

on the same date as reflected on the Court's docket as the electronic filing date for this document.

```
                    /s/Leigh D. Hart or
                    /s/William J. Miller, Jr.
11/30/2010  1:46 pm / CR_213    OFFICE OF CHAPTER 13 TRUSTEE
```